1  James A. Michel
   State Bar No. 184730
2  2912 Diamond St. #373
   San Francisco CA 94131
3  415/ 239-4949
   (Fax 239-0156)
4  attyjmichel@gmail.com

5  Attorney for Plaintiff
   STEVEN C. LOUIE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN C. LOUIE, an individual, | Case No. 3:14-cv-02892-LB |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, et al. | STIPULATION AND ORDER FOR ENTRY OF DISMISSAL |
| Defendants. | |
| _____/ | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, STEVEN C. LOUIE, and Defendants, PORTFOLIO RECOVERY ASSOCIATES, LLC, HUNT & HENRIQUES, MICHAEL S. HUNT, JANALIE HENRIQUES AND ANITA HARRIS SINGH, by and through their attorneys of record as indicated below, hereby stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, STEVEN C. LOUIE, against Defendants, PORTFOLIO RECOVERY ASSOCIATES, LLC, HUNT & HENRIQUES, MICHAEL S. HUNT, JANALIE HENRIQUES AND ANITA HARRIS SINGH in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

DATED: October 31, 2014                 /s/ James A. Michel
                                        JAMES A. MICHEL
                                        Attorney for Plaintiff
                                        STEVEN C. LOUIE

DATED: October 31, 2014                 /s/ Jeffrey A. Topor
                                        JEFFREY A. TOPOR
                                        Simmonds & Narita LLP
                                        Attorneys for Defendants
                                        HUNT & HENRIQUES, MICHAEL S.
                                        HUNT, JANALIE HENRIQUES AND
                                        ANITA HARRIS SINGH

DATED: November 3, 2014                 /s/ Sharina T. Romano
                                        SHARINA T. ROMANO
                                        Litigation Counsel
                                        Office of General Counsel
                                        PORTFOLIO RECOVERY
                                        ASSOCIATES, LLC

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: November 3, 2014                 _____
                                        HON. LAUREL BEELER
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR ENTRY OF DISMISSAL